# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON PAYNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FUJIOKA, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-02079 AWI DLB PC<br><br>ORDER DISMISSING ACTION<br>FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Myron A. Payne ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff filed this action on December 23, 2013.

　　　　On August 26, 2015, the Court granted Defendants' motion to revoke Plaintiff's in forma pauperis status and ordered Plaintiff to pay the filing fee within thirty (30) days. Plaintiff received an extension of time and the fee was due on or about October 24, 2015.

　　　　On October 5, 2015, Plaintiff filed a motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). The Court denied the motion on October 22, 2015, and ordered Plaintiff to pay the filing fee within fourteen (14) days of the date of service of the order.

　　　　Over fourteen (14) days have passed and Plaintiff has not paid the filing fee or otherwise communicated with the Court.

///

///

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis.  28 U.S.C. §§ 1914, 1915.  This Court has determined that Plaintiff is not entitled to proceed in forma pauperis in this action, and on August 26, 2015, he was ordered to pay the filing fee.  The order stated that his failure to pay the filing fee would result in dismissal of this action.  ECF No. 38, at 2.

Since the August 26, 2015, order, Plaintiff has requested additional time and filed a motion for reconsideration.  Even given the Court's extensions, Plaintiff has not paid the filing fee.  The most recent order again warned Plaintiff that his failure to pay the filing fee would result in dismissal of this action.  ECF No. 42, at 3.

Based on Plaintiff's failure to comply with the Court's orders, dismissal of this action is appropriate.  In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS that this action be DISMISSED, WITHOUT PREJUDICE, for  Plaintiff's failure to follow a Court order and failure to pay the filing fee.

This terminates this action in its entirety.

IT IS SO ORDERED.

Dated:   November 25, 2015                              _____
                                                                      SENIOR  DISTRICT  JUDGE